**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:16-cv-02501-RFB-GWF |
| vs. | ) ) | **ORDER** |
| NORA A. AGUILAR, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on Defendant Theresa Chao's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  Defendant's Answer (ECF No. 11) in this matter was filed December 15, 2016.  LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Defendant has failed to comply.  Accordingly,

**IT IS ORDERED** that Defendant shall file her Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **January 13, 2017.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge