CHRISTENSEN JAMES & MARTIN
DARYL E. MARTIN, ESQ (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of UNITE HERE HEALTH,<br><br>Plaintiff,<br><br>vs.<br><br>NORA A AGUILAR, *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-02501-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PATRICIA HAMPTON WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, UNITE HERE HEALTH ("Plaintiff"), by and through its counsel of record, Christensen James & Martin, and Defendant PATRICIA HAMPTON ("Defendant"), located at 4201 E. Monte Vista Drive, Ste. E-103, Tucson, AZ 85712, that the Plaintiff and Defendant have entered into a payment plan to settle and resolve all of their disputes in this matter. Through this Stipulation, Defendant shall be dismissed from the above-captioned litigation without prejudice, but the Court shall retain jurisdiction should Defendant fail to remit all payments as stipulated separately by and between the Plaintiff and Defendant.

CHRISTENSEN JAMES & MARTIN

By: /s/ Daryl Martin
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

Dated this 12 day of ~~March~~ April, 2017.

DEFENDANT

/s/ Patricia Hampton
Patricia Hampton

Dated this 7 day of ~~March~~ April, 2017.

Subscribed and Sworn before me this ___ day of ~~March~~ April, 2017.

/s/ Makenzie Hillemeyer
Notary Public

MAKENZIE HILLEMEYER
Notary Public - State of Arizona
PIMA COUNTY
My Commission Expires
May 10, 2020

## ORDER ON STIPULATION AND ORDER TO DISMISS DEFENDANT PATRICIA HAMPTON WITHOUT PREJUDICE

UPON STIPULATION of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed without prejudice as to Defendant PATRICIA HAMPTON ("Defendant") only, with each of the parties paying their own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court shall retain jurisdiction over this matter, which may be re-opened should Defendant fail to remit all payments as stipulated separately by and between the Plaintiff and Defendant.

DATED this 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CHRISTENSEN JAMES & MARTIN

By: _Daryl Martin_____
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

Dated this 12 day of ~~March~~ April, 2017.

Approved as to Form and Content by:

DEFENDANT

_____
Patricia Hampton

Dated this 7 day of ~~March~~ April, 2017.

Subscribed and Sworn before me this 7 day of ~~March~~ April, 2017.

_Makenzie Hillemeyer_____
Notary Public



MAKENZIE HILLEMEYER
Notary Public - State of Arizona
PIMA COUNTY
My Commission Expires
May 10, 2020