# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF UNITE HERE HEALTH,

    Plaintiff,

vs.

NORA A. AGUILAR, *et al.*,

    Defendants.

Case No. 2:16-cv-02501-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Ex Parte Motion for Leave to Amend Exhibit 1 to Complaint (ECF No. 140), filed on June 1, 2017.

This matter arises from allegations of fraud, fraudulent misrepresentation, fraudulent concealment, negligent misrepresentation, conversion, unjust enrichment, and restitution. *See Complaint* (ECF No. 1). Plaintiff requests leave to amend Exhibit 1 to its complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure to reflect updated claim amounts that were calculated incorrectly. Plaintiff represents that the amendment will update 45 lines of listed claim amounts to reflect a lesser amount.

Under Fed. R. Civ. P. 15(a)(2), prior to trial, a party "may amend its pleading only with the opposing party's written consent or the court's leave." Courts should freely give leave to amend "when justice so requires." *Id.* As this Court has previously stated "Rule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality'" where the motion to amend "is not sought in bad faith, does not cause the opposing party undue delay, does not cause the opposing party undue prejudice, and does not constitute an exercise in futility." *Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191, 1210 (D.Nev. 2009). The Court finds justice requires that Plaintiff be granted leave to amend its Complaint as leave to amend is sought in good faith, does not

cause the opposing party undue delay or undue prejudice, and does not constitute an exercise in futility. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion for Leave to Amend Exhibit 1 to Complaint (ECF No. 140) is **granted**.

DATED this 6th day of June, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge