**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
Fax: (702) 255-0871
dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| Board of Trustees of UNITE HERE HEALTH, <br><br> Plaintiff, <br><br> vs. <br><br> NORA A AGUILAR, *et al.*, <br><br> Defendants. | Case No.: 2:16-cv-02501-RFB-GWF <br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANTS FIDEL CORTES AND LIDIA CRUZ-CORTES WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, UNITE HERE HEALTH ("Plaintiff"), by and through its counsel of record, Christensen James & Martin, and Defendants FIDEL CORTES and LIDIA CRUZ-CORTES ("Defendants"), located at 5209 Casco Way, Las Vegas, NV 89107, that the Plaintiff and Defendants have entered into a payment plan to settle and resolve all of their disputes in this matter. Through this Stipulation, Defendants shall be dismissed from the above-captioned litigation without prejudice, but the

///
///
///
///
///
///
///
///

Court shall retain jurisdiction should Defendants fail to remit all payments as stipulated separately by and between the Plaintiff and Defendants.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN** | **DEFENDANTS** |
| By: /s/ Daryl Martin | /s/ Fidel Cortes |
| Daryl E. Martin, Esq. (6735) | Fidel Cortes |
| 7440 W. Sahara Avenue | |
| Las Vegas, Nevada 89117 | Dated this 17 day of May, 2017. |
| *Attorneys for Plaintiff* | |
| Dated this 17 day of May, 2017. | Subscribed and Sworn before me this 17 day of May, 2017. |

Notary Public

**NATALIE LARSON**
Notary Public - State of Nevada
Appointment Recorded in Clark County
No. 01-69738-1  My Appointment Expires Aug. 21, 2017

/s/ Lidia Cruz-Cortes
Lidia Cruz-Cortes

Dated this 7 day of June, 2017.

Subscribed and Sworn before me this 7 day of June, 2017.

Notary Public

**NATALIE LARSON**
Notary Public - State of Nevada
Appointment Recorded in Clark County
No. 01-69738-1  My Appointment Expires Aug. 21, 2017

**ORDER ON STIPULATION AND ORDER TO DISMISS DEFENDANTS FIDEL CORTES AND LIDIA CRUZ-CORTES WITHOUT PREJUDICE**

UPON STIPULATION of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed without prejudice as to Defendants FIDEL CORTES and LIDIA CRUZ-CORTES ("Defendants") only, with each of the parties paying their own fees and costs.

///

///

///

1 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court shall retain jurisdiction over this matter, which may be re-opened should Defendants fail to remit all payments as stipulated separately by and between the Plaintiff and Defendants.

DATED this \_\_13th\_\_ day of \_\_June, 2017.\_\_

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

**CHRISTENSEN JAMES & MARTIN**

By: _____
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel.: (702) 255-1718
*Attorneys for Plaintiff*

Dated this \_17\_ day of May, 2017.

Approved as to Form and Content by:

**DEFENDANTS**

_____
Fidel Cortes

Dated this \_17\_ day of May, 2017.

**Subscribed and Sworn before me this \_17\_ day of May, 2017.**

_____
Notary Public

[Notary Seal: NATALIE LARSON, Notary Public - State of Nevada, Appointment Recorded in Clark County, No. 01-69738-1, My Appointment Expires Aug. 21, 2017]

_____
Lidia Cruz-Cortes

Dated this \_7\_ day of May, 2017. [June]

**Subscribed and Sworn before me this \_7\_ day of May, 2017.** [June]

_____
Notary Public

[Notary Seal: NATALIE LARSON, Notary Public - State of Nevada, Appointment Recorded in Clark County, No. 01-69738-1, My Appointment Expires Aug. 21, 2017]

-3-