# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of Unite Here Health

      Plaintiff,

v.

Aguilar, et al

      Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02501-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff, Board of Trustees of Unite Here Health, and against:

Defendants Malolis Mungia and Manual Martinez, jointly and severally, in the amount of $4,693.76;

(continued on page 2)

(continued from page 1)

Defendants Heide Alvarado and Julio Bogarin, jointly and severally, in the amount of $720.24.

Defendant Raul Angel in the amount of $67,311.67.

Defendant Manuel Ayala in the amount of $418.90.

Defendants Alejandro Bardales and Lucia Djaya, jointly and severally, in the amount of $385.76.

Defendants Albert Berisha and Ela Mesic, jointly and severally, in the amount of $159.43.

Defendants Larry Brown and Shirley Brown, jointly and severally, in the amount of $1,686.61.

Defendants Roxanna Bueno and Adan Cano, jointly and severally, in the amount of $158.50.

Defendants Maria Castaneda and Salvador Castaneda, jointly and severally, in the amount of $276.08.

Defendants Leoncio Chalco Valer and Vilma Soriano, jointly and severally, in the amount of $372.00.

Defendants Michael Chan and Rosana Mabingnay, jointly and severally, in the amount of $952.71.

Defendants Gloria Corbett and Russell Corbett, jointly and severally, in the amount of $441.84.

Defendants Rene Coreas and Vilha Coreas, jointly and severally, in the amount of $2,395.97.

Defendants Lawrence Craig and Rebecca Craig, jointly and severally, in the amount of $3,169.90.

Defendants Natasha Day and Ronnie Smith, jointly and severally, in the amount of $4,766.12.

Defendant Monica De La Pena in the amount of $16,514.10.

Defendants Amy Demas and James Demas, jointly and severally, in the amount of $105.00.

Defendant George Demello in the amount of $6,400.64.

Defendants Jose Diaz and Sandra Espinoza, jointly and severally, in the amount of $86,944.06.

Defendant Pedro Erazo in the amount of $107.34.

Defendant Juvenal Escobar in the amount of $331.00.

Defendants Yansy Escobar and Jose Escobar, jointly and severally, in the amount of $353.81.

Defendants Sandra Favela and Felipe Favela, jointly and severally, in the amount of $968.29.

Defendant Blanca Favorito, in the amount of $690.11.

Defendants Yudit Fernandez and Alfredo Torres, jointly and severally, in the amount of $1,336.69.

Defendants Miria Figueroa-Federico and Salvador Gramajo, jointly and severally, in the amount of $ 5,597.69.

Defendants Amine Ghebremichael and Birikti Mirach, jointly and severally, in the amount of $2,000.50.

Defendants Maria Gonzalez Guerrero and Jesus Guerrero, jointly and severally, in the amount of $3,420.90.

Defendants Armand Grays and Miriam Zapien, jointly and severally, in the amount of $715.71.

Defendants Hadush Shane and Tiumtu Gebremariam, jointly and severally, in the amount of $244.30.

Defendants Gashaw Haile and Meskerem Kebede, jointly and severally, in the amount of $476.00.

Defendants Victor Hernandez and Gloria Hernandez, jointly and severally, in the amount of $ 1,000.12.

Defendants Ana Javier and Salvador Garnica, jointly and severally, in the amount of $2,669.06.

Defendants Myesha Johnson and Robert White, jointly and severally, in the amount of $3,093.18.

Defendant Marvin Juarez in the amount of $5,935.20.

Defendants Tseganseh Kaltebo (aka Tseganesh Kaltebo) and Daniel Madebo, jointly and severally, in the amount of $206.00.

(continued on page 3)

(continued from page 2)

Defendants Sam Karides and Maria Montes, jointly and severally, in the amount of $408.71.

Defendants Andre A. Khandamian and Paola Khandamian, jointly and severally, in the amount of $8,466.74.

Defendants Alberto Ladino and Sonia Galdamez, jointly and severally, in the amount of $35,760.99.

Defendants Kingkran Lore and Anthony Lore, jointly and severally, in the amount of $4,469.59.

Defendants Zorka Magazin and Milorad Magazin, jointly and severally, in the amount of $7,355.58.

Defendants Abel Mendez and Sonia Mendez, jointly and severally, in the amount of $3,552.71.

Defendant John Mikula in the amount of $637.92.

Defendants Dawryn Nishimura and Karin Nishimura, jointly and severally, in the amount of $280.16.

Defendant Eduardo Ochoa in the amount of $4,224.76.

Defendants Edith Overton and Ronald Overton, jointly and severally, in the amount of $4,276.57.

Defendant Jose Parada in the amount of $9,062.27.

Defendants Brian Peterson and Bridhid Farrelly, jointly and severally, in the amount of $141,541.70.

Defendants Anacleto Ragunton and Gina Ragunton, jointly and severally, in the amount of $1,825.07.

Defendant Ramiro Romero in the amount of $1,023.00.

Defendants Irene Sark and Gennady Sarkoff, jointly and severally, in the amount of $6,413.21.

Defendant Arturo Saucedo in the amount of $134.80.

Defendant Rebecca Solano in the amount of $2,138.25.

Defendants Robert Swenson and Susan Swenson, jointly and severally, in the amount of $757.39.

Defendants Martha Tlapanco and Joaquin Tlapanco, jointly and severally, in the amount of $2,015.63.

Defendants David Tran and Tuyet Tran, jointly and severally, in the amount of $6,589.50.

Defendants Maria Valle and Eduardo Munguia, jointly and severally, in the amount of $6,859.00.

Defendants Jeanette Villadoz and Elmer Ragunton, jointly and severally, in the amount of $415.75.

Defendants Muoi Vuong and Tu Ha Chung, jointly and severally, in the amount of $25,371.08.

Defendants Jiri Williams and Shani Williams, jointly and severally, in the amount of $846.07.

Defendants Nin Wong and Wendy Wong, jointly and severally, in the amount of $5,789.19.

Defendants Eddie Yan and Sze Yan, jointly and severally, in the amount of $540.00.

Defendants Azieb Zigta and Yosief Teferi, jointly and severally, in the amount of $816.03.

Defendants Joseph Zito and Kelly Zito, jointly and severally, in the amount of $6,884.43.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

April 10, 2018
DATE