**CHRISTENSEN JAMES & MARTIN, CHTD.**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff Unite Here Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF UNITE HERE HEALTH,<br><br>                  Plaintiff,<br>vs.<br><br>NORA A. AGUILAR, *et al.*,<br><br>                  Defendants. | CASE NO.: 2:16-cv-02501-RFB-GWF<br><br>**ORDER GRANTING MOTION FOR AWARD OF FEES AND COSTS; AND ORDER AMENDING JUDGMENTS** |

The Court having reviewed and considered the Motion for Award of Attorneys Fees and Costs, and finding the same appropriate and warranted in all respects, hereby grants the Motion and awards fees and costs to the Plaintiff in the total sum of $118,972.52. The Court further amends the amounts owed under default judgments previously entered by the Clerk of Court as follows:

| **Judgment Debtors**<br>(Jointly and severally liable where two appear) | **Prior Judgment Amount** | **New Judgment Amount** |
|---|---:|---:|
| Malois Mungua and Manuel Martinez | $ 4,693.76 | $ 5,777.09 |
| Heide Alvarado and Julio Bogarin | $ 720.24 | $ 886.47 |
| Raul Angel | $ 67,311.67 | $ 82,847.31 |
| Manuel Ayala | $ 418.90 | $ 515.58 |
| Alejandro Bardales and Lucia Djaya | $ 385.76 | $ 474.79 |

| # | Name | Amount 1 | Amount 2 |
|---|---|---|---|
| 1 | Albert Berisa and Ela Mesic | $ 159.43 | $ 196.23 |
| 2 | Larry Brown and Shirley Brown | $ 1,686.61 | $ 2,075.88 |
| 3 | Roxanna Bueno and Adan Cano | $ 158.50 | $ 195.08 |
| 4 | Maria Castaneda and Salvador Castaneda | $ 276.08 | $ 339.80 |
| 5 | Leoncio Chalco Valer and Vilma Soriano | $ 372.00 | $ 457.86 |
| 6 | Michael Chan and Rosana Mabingnay | $ 952.71 | $ 1,172.60 |
| 7 | Gloria Corbett and Russell Corbett | $ 441.84 | $ 543.82 |
| 8 | Rene Coreas and Vilha Coreas | $ 2,395.97 | $ 2,948.96 |
| 9 | Lawrence Craig and Rebecca Craig | $ 3,169.90 | $ 3,901.52 |
| 10 | Natasha Day and Ronnie Smith | $ 4,766.12 | $ 5,866.15 |
| 11 | Monica De La Pena | $ 16,514.10 | $ 20,325.58 |
| 12 | Amy Demas and James Demas | $ 105.00 | $ 129.23 |
| 13 | George Demello | $ 6,400.64 | $ 7,877.92 |
| 14 | Jose Diaz and Sandra Espinoza | $ 86,944.06 | $ 107,010.89 |
| 15 | Pedro Erazo | $ 107.34 | $ 132.11 |
| 16 | Juvenal Escobar | $ 331.00 | $ 407.40 |
| 17 | Yansy Escobar and Jose Escobar | $ 353.81 | $ 435.47 |
| 18 | Sandra Favela and Felipe Favela | $ 968.29 | $ 1,191.77 |
| 19 | Blanca Favorito | $ 690.11 | $ 849.39 |
| 20 | Yudit Fernandez and Alfredo Torres | $ 1,336.69 | $ 1,645.20 |
| 21 | Miria Figueroa-Federico and Salvador Gramajo | $ 5,597.69 | $ 6,889.65 |
| 22 | Amine Ghebremichael and Birikti Mirach | $ 2,000.50 | $ 2,462.22 |
| 23 | Maria Gonzalez Guerrero and Jesus Guerrero | $ 3,420.90 | $ 4,210.45 |

| # | Name | Amount 1 | Amount 2 |
|---|---|---|---|
| 1 | Armand Grays and Miriam Zapien | $ 715.71 | $ 880.90 |
| 2 | Hadush Shane and Tiumtu Gebremariam | $ 244.30 | $ 300.68 |
| 3 | Gashaw Haile and Meskerem Kebede | $ 476.00 | $ 585.86 |
| 4 | Victor Hernandez and Gloria Hernandez | $ 1,000.12 | $ 1,230.95 |
| 5 | Ana Javier and Salvador Garnica | $ 2,669.06 | $ 3,285.08 |
| 6 | Myesha Johnson and Robert White | $ 3,093.18 | $ 3,807.09 |
| 7 | Marvin Juarez | $ 5,935.20 | $ 7,305.05 |
| 8 | Tseganseh Kaltebo and Daniel Madebo | $ 206.00 | $ 253.55 |
| 9 | Sam Karides and Maria Montes | $ 408.71 | $ 503.04 |
| 10 | Andre A. Khandamian and Paola Khandamian | $ 8,466.74 | $ 10,420.88 |
| 11 | Alberto Ladino and Sonia Galdamez | $ 35,760.99 | $ 44,014.68 |
| 12 | Kingkran Lore and Anthony Lore | $ 4,469.59 | $ 5,501.18 |
| 13 | Zorka Magazin and Milorad Magazin | $ 7,355.58 | $ 9,053.26 |
| 14 | Abel Mendez and Sonia Mendez | $ 3,552.71 | $ 4,372.68 |
| 15 | John Mikula | $ 637.92 | $ 785.15 |
| 16 | Dawyn Nishimura and Karin Nishimura | $ 280.16 | $ 344.82 |
| 17 | Eduardo Ochoa | $ 4,224.76 | $ 5,199.84 |
| 18 | Edith Overton and Ronald Overton | $ 4,276.57 | $ 5,263.61 |
| 19 | Jose Parada | $ 9,062.27 | $ 11,153.86 |
| 20 | Brian Peterson and Bridhid Farrelly | $ 141,541.70 | $ 174,209.75 |
| 21 | Anacleto Ragunton and Gina Ragunton | $ 1,825.07 | $ 2,246.30 |
| 22 | Ramiro Romero | $ 1,023.00 | $ 1,259.11 |

| | | |
|---|---:|---:|
| Irene Sark and Gennady Sarkoff | $ 6,413.21 | $ 7,893.39 |
| Arturo Saucedo | $ 134.80 | $ 165.91 |
| Rebecca Solano | $ 2,138.25 | $ 2,631.76 |
| Robert Swenson and Susan Swenson | $ 757.39 | $ 932.20 |
| Martha Tlapanco and Joaquin Tlapanco | $ 2,015.63 | $ 2,480.84 |
| David Tran and Tuyet Tran | $ 6,589.50 | $ 8,110.37 |
| Maria Valle and Eduardo Munguia | $ 6,859.00 | $ 8,442.07 |
| Jeanette Villadoz and Elmer Ragunton | $ 415.75 | $ 511.71 |
| Muoi Vuong and Tu Ha Chung | $ 25,371.08 | $ 31,226.77 |
| Jiri Williams and Shani Williams | $ 846.07 | $ 1,041.34 |
| Nin Wong and Wendy Wong | $ 5,789.19 | $ 7,125.34 |
| Eddie Yan and Sze Yan | $ 540.00 | $ 664.63 |
| Azieb Zigta and Yosief Teferi | $ 816.03 | $ 1,004.37 |
| Joseph Zito and Kelly Zito | $ 6,884.43 | $ 8,473.37 |
| **Total Amount of Judgments Against Judgment Debtors/Total Amount of Attorney's Fees** | **$ 515,475.29** | **$ 634,447.81** |

DATED this 26th day of February 2019, *nunc pro tunc,* dated May 4, 2018.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE