# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of Unite Here Health<br><br>　　　　　　　Plaintiff,<br>　　v.<br>Aguilar, et al<br><br>　　　　　　　Defendants. | **SECOND AMENDED**<br>DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:16-cv-02501-RFB-GWF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff, Board of Trustees of Unite Here Health, and against:

Defendants Malolis Munguia and Manuel Martinez, jointly and severally, in the amount of 5,777.09;

(continued on page 2)

(continued from page 1)

Defendants Heide Alvarado and Julio Bogarin, jointly and severally, in the amount of $886.47.

Defendant Raul Angel in the amount of $82,847.31.

Defendant Manuel Ayala in the amount of $515.58.

Defendants Alejandro Bardales and Lucia Djaya, jointly and severally, in the amount of $474.79.

Defendants Albert Berisha and Ela Mesic, jointly and severally, in the amount of $196.23.

Defendants Larry Brown and Shirley Brown, jointly and severally, in the amount of $2,075.88.

Defendants Roxanna Bueno and Adan Cano, jointly and severally, in the amount of $195.08.

Defendants Maria Castaneda and Salvador Castaneda, jointly and severally, in the amount of $339.80.

Defendants Leoncio Chalco Valer and Vilma Soriano, jointly and severally, in the amount of $457.86.

Defendants Michael Chan and Rosana Mabingnay, jointly and severally, in the amount of $1,172.60.

Defendants Gloria Corbett and Russell Corbett, jointly and severally, in the amount of $543.82.

Defendants Rene Coreas and Vilha Coreas, jointly and severally, in the amount of $2,948.96.

Defendants Lawrence Craig and Rebecca Craig, jointly and severally, in the amount of $3,901.52.

Defendants Natasha Day and Ronnie Smith, jointly and severally, in the amount of $5,866.15.

Defendant Monica De La Pena in the amount of $20,325.58.

Defendants Amy Demas and James Demas, jointly and severally, in the amount of $129.23.

Defendant George Demello in the amount of $7,877.92.

Defendants Jose Diaz and Sandra Espinoza, jointly and severally, in the amount of $107,010.89.

Defendant Pedro Erazo in the amount of $132.11.

Defendant Juvenal Escobar in the amount of $407.40.

Defendants Yansy Escobar and Jose Escobar, jointly and severally, in the amount of $435.47.

Defendants Sandra Favela and Felipe Favela, jointly and severally, in the amount of $1,191.77.

Defendant Blanca Favorito, in the amount of $849.39.

Defendants Yudit Fernandez and Alfredo Torres, jointly and severally, in the amount of $1,645.20.

Defendants Miria Figueroa-Federico and Salvador Gramajo, jointly and severally, in the amount of $6,889.65.

Defendants Amine Ghebremichael and Birikti Mirach, jointly and severally, in the amount of $2,462.22.

Defendants Maria Gonzalez Guerrero and Jesus Guerrero, jointly and severally, in the amount of $4,210.45.

Defendants Armand Grays and Miriam Zapien, jointly and severally, in the amount of $880.90.

Defendants Hadush Shane and Tiumtu Gebremariam, jointly and severally, in the amount of $300.68.

Defendants Gashaw Haile and Meskerem Kebede, jointly and severally, in the amount of $585.86.

Defendants Victor Hernandez and Gloria Hernandez, jointly and severally, in the amount of $1,230.95.

Defendants Ana Javier and Salvador Garnica, jointly and severally, in the amount of $3,285.08.

Defendants Myesha Johnson and Robert White, jointly and severally, in the amount of $3,807.09.

Defendant Marvin Juarez in the amount of $7,305.05.

Defendants Tseganseh Kaltebo (aka Tseganesh Kaltebo) and Daniel Madebo, jointly and severally, in the amount of $253.55.

(continued on page 3)

(continued from page 2)

Defendants Sam Karides and Maria Montes, jointly and severally, in the amount of $503.04.

Defendants Andre A. Khandamian and Paola Khandamian, jointly and severally, in the amount of $10,420.88.

Defendants Alberto Ladino and Sonia Galdamez, jointly and severally, in the amount of $44,014.68.

Defendants Kingkran Lore and Anthony Lore, jointly and severally, in the amount of $5,501.18.

Defendants Zorka Magazin and Milorad Magazin, jointly and severally, in the amount of $9,053.26.

Defendants Abel Mendez and Sonia Mendez, jointly and severally, in the amount of $4,372.68.

Defendant John Mikula in the amount of $785.15.

Defendants Dawryn Nishimura and Karin Nishimura, jointly and severally, in the amount of $344.82.

Defendant Eduardo Ochoa in the amount of $5,199.84.

Defendants Edith Overton and Ronald Overton, jointly and severally, in the amount of $5,263.61.

Defendant Jose Parada in the amount of $11,153.86.

Defendants Brian Peterson and Bridhid Farrelly, jointly and severally, in the amount of $174,209.75.

Defendants Anacleto Ragunton and Gina Ragunton, jointly and severally, in the amount of $2,246.30.

Defendant Ramiro Romero in the amount of $1,259.11.

Defendants Irene Sark and Gennady Sarkoff, jointly and severally, in the amount of $7,893.39.

Defendant Arturo Saucedo in the amount of $165.91.

Defendant Rebecca Solano in the amount of $2,631.76.

Defendants Robert Swenson and Susan Swenson, jointly and severally, in the amount of $932.20.

Defendants Martha Tlapanco and Joaquin Tlapanco, jointly and severally, in the amount of $2,480.84.

Defendants David Tran and Tuyet Tran, jointly and severally, in the amount of $8,110.37.

Defendants Maria Valle and Eduardo Munguia, jointly and severally, in the amount of $8,442.07.

Defendants Jeanette Villadoz and Elmer Ragunton, jointly and severally, in the amount of $511.71.

Defendants Muoi Vuong and Tu Ha Chung, jointly and severally, in the amount of $31,226.77.

Defendants Jiri Williams and Shani Williams, jointly and severally, in the amount of $1,041.34.

Defendants Nin Wong and Wendy Wong, jointly and severally, in the amount of $7,125.34.

Defendants Eddie Yan and Sze Yan, jointly and severally, in the amount of $664.63.

Defendants Azieb Zigta and Yosief Teferi, jointly and severally, in the amount of $1,004.37.

Defendants Joseph Zito and Kelly Zito, jointly and severally, in the amount of $8,473.37.

DEBRA K. KEMPI
CLERK

(By) DEPUTY CLERK

February 26, 2019
DATE